FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001337
11-JUL-2018
08:13 AM

NO. CAAP-14-0001337

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
HERWIN MAGBULOS, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 13-1-0696)

ORDER OF CORRECTION
(By: Fujise, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion entered on February 20, 2018 (docket no. 104) and the Judgment on Appeal entered on March 16, 2018 (docket no. 106) in the above case are corrected as follows:

The party designation for Herwin Magbulos is incorrect. The part of the caption that currently reads "HERWIN MAGBULOS, Defendants-Appellees." shall read "HERWIN MAGBULOS, Defendant-Appellant."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 11, 2018.

Associate Judge

---

[1] Ginoza, Chief Judge, and Fujise, J. Chief Judge Craig H. Nakamura was a member of the merit panel when the opinion was filed, but he retired effective March 1, 2018.